UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  5:22-cv-00259-JLS-SP                                   Date: April 06, 2022
Title:  Carla Schranz et al v. Homesite Insurance Company of the Midwest et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:
           Not Present                                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE JURISDICTION AND VACATING SCHEDULING CONFERENCE**

    Plaintiffs Carla Schranz and Mark Schranz filed a complaint for damages for breach of contract and breach of the implied covenant of good faith and fair dealing in the Superior Court for the State of California, County of Riverside.  (*See* Compl., Doc. 1-1.) Defendant Homesite Insurance Company of the Midwest removed the action to this Court.  (*See* Notice of Removal, Doc. 1.)  The Notice of Removal contends that this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332, but the Court finds that the Notice of Removal does not plausibly allege that the Complaint satisfies § 1332's $75,000 amount in controversy requirement.  (*Id.* at 4-7.)  The Notice of Removal contains only vague statements regarding the amount in controversy; for instance, it states that "it appears that Plaintiffs are seeking to recover as much as $204,369.37," and Plaintiffs "[have] implied that they are seeking as much as $204,369.37."  (*Id.* at 6.)  Although Defendant has attached exhibits to the Notice of Removal to attempt to demonstrate that the amount in controversy is satisfied, those exhibits support only that the amount in controversy exceeds $39,032.40, by some unknown amount.  (*See, e.g.*, Mandell Decl., Doc. 1-4, ¶¶ 3-6.)

    At this point, the Court concludes that Defendant has failed to carry its burden to plausibly allege that the amount in controversy at the time of removal exceeds $75,000.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:22-cv-00259-JLS-SP                                    Date: April 06, 2022
Title:  Carla Schranz et al v. Homesite Insurance Company of the Midwest et al

Accordingly, the Court ORDERS Defendant to show cause why the action should not be remanded to state court for failure to satisfy the amount in controversy requirement for diversity jurisdiction within seven (7) days of the entry of this Order.

     The Court VACATES the Scheduling Conference set for Friday, April 8, 2022.  If this matter is not remanded, the Court will issue a Scheduling Order after review of the parties' Joint Rule 26(f) Report.

Initials of Deputy Clerk: mku