JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:22-cv-00259-JLS-SP                                                           Date: April 26, 2022
Title:  Carla Schranz et al v. Homesite Insurance Company of the Midwest et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING CASE TO STATE COURT**

On April 6, 2022, the Court issued an Order to Show Cause re Jurisdiction (OSC, Doc. 12), identifying that Defendant Homesite Insurance Company of the Midwest ("Homesite") had not plausibly alleged that the amount in controversy at the time of removal exceeded the $75,000 threshold required for diversity jurisdiction.  Homesite filed a timely response.  (*See* Response, Doc 13.)

The Court has reviewed Homesite's response and holds that the amount in controversy in this case remains too speculative for the Court to exercise jurisdiction.  Homesite's assertion that Plaintiffs are "seeking a yet undetermined amount of policy benefits that at the very least, exceeds $39,032.40, and is more likely closer to $204,369.37, as well as interest and additional tort damages . . . will significantly exceed the $75,000 jurisdictional limit required 28 U.S.C. § 1332," (*id.* at ¶ 8) does not establish by a preponderance of the evidence that the aggregate amount in controversy exceeds the jurisdictional requirement.  *See Rodriguez v. AT&T Mobility Servs. LLC*, 728 F.3d 975, 981 (9th Cir. 2013).

Accordingly, the case is REMANDED to the Superior Court of the State of California, County of Riverside, Case No. CVPS2105746.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:22-cv-00259-JLS-SP     Date: April 26, 2022
Title: Carla Schranz et al v. Homesite Insurance Company of the Midwest et al

Initials of Deputy Clerk: droj